FRANK NELSON, JR., and Others, Respondents, v. MAX GUSTINE RIESER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

JOSEPH ZIRPOLA and Another, as Administrators, etc., Respondents, v. ESTATE OF EUGENE HOFFMAN, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EDWARD KORFANTA, Respondent, v. VANDERBILT AVENUE REALTY COMPANY, Impleaded with PATERNO CONSTRUCTION COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER D. FRANCO and ANTHONY BONO, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WARNER-GODFREY COMPANY v. BENJAMIN POTTICK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

EDWIN K. BREADY v. B. A. WECHSLER COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms of order. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ISRAEL GOTTLIEB v. ISIDOR BERGER and Others. ROSIE GOTTLIEB v. ISIDOR BERGER and Others.— Motions to dismiss appeals granted, with ten dollars costs, unless appellants comply with terms of orders. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LEO RITTER and Others v. JOSEPH F. COHEN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD F. CASSIDY, Respondent, v. THE BOARD OF ALDERMEN OF THE CITY OF NEW YORK and Others, Appellants, and DEMOCRATIC COUNTY COMMITTEE and Another, Intervenors.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALGERNON LEE, Respondent, v. THE BOARD OF ALDERMEN OF THE CITY OF NEW YORK and Others, Appellants, and DEMOCRATIC COUNTY COMMITTEE and Another, Intervenors.— Order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

ANITA HOWELL, Appellant, v. AUGUST F. KOUNTZE and Others, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.